UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CONSTANCE E. RUDY-SANDBICHLER,

                       Plaintiff,

    -against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                      Defendant.
-------------------------------------------------------------------X

JUDGMENT
04-CV-4914 (FB)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUN 17 2005 ★

BROOKLYN OFFICE

      An Order of Honorable Frederic Block, United States District Judge, having been filed on June 14, 2005, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings; it is

      ORDERED and ADJUDGED that judgment is hereby entered reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claims is remanded for further administrative proceedings.

Dated: Brooklyn, New York
       June 15, 2005

                                ROBERT C. HEINEMANN
                                Clerk of Court