SLR:KTC
2004V02235

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUL 2 6 2005 ★

**BROOKLYN OFFICE**

ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
CONSTANCE RUDY-SANDBICHLER,

            Plaintiff,

    -against-

JOANNE B. BARNHART,
Commissioner of Social Security,

            Defendant.
- - - - - - - - - - - - - - - - - -X

STIPULATION AND ORDER
REGARDING ATTORNEY FEES

Civil Action
CV-04-4914

(Block, J.)
(Orenstein, M.J.)

    IT IS HEREBY STIPULATED AND AGREED by and between counsel for the plaintiff, CONSTANCE E. RUDY-SANDBICHLER, and counsel for the defendant, COMMISSIONER OF SOCIAL SECURITY, that plaintiff's counsel is hereby awarded $1,769.24 (One Thousand Seven Hundred Sixty-Nine Dollars and Twenty Four Cents) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, in full satisfaction of her claim for such fees.

Dated: Brooklyn, New York
       July 20, 2005

                      Sharmine Persaud, Esq.
                      Attorney for Plaintiff
                      1105 Route 110
                      Farmingdale, New York 11735-4818
                      (516) 843-0046

Rudy-Sandbichler v. Commissioner, CV-04-4914

Dated: Brooklyn, New York
       July 18, 2005

                                      ROSLYNN R. MAUSKOPF
                                      United States Attorney
                                      Eastern District of New York
                                      Attorney for Defendant
                                      One Pierrepont Plaza, 14th floor
                                      Brooklyn, New York  11201

                        By: _____
                            KAREN T. CALLAHAN
                            Special Assistant U.S. Attorney
                            (718) 254-6085/000

SO ORDERED:

_____
HONORABLE FREDERIC BLOCK
UNITED STATES DISTRICT JUDGE
7/25/05